UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-00355-D

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER |
| GREGORY WARREN DANIELS, | |

FOR GOOD CAUSE SHOWN, the defendant's Motion to Seal is allowed and the Clerk is hereby directed to seal the proposed sealed document – Motion to Continue Sentencing. Copies of this Order as well as the Motion to Seal and the Motion to Continue shall remain sealed and shall be distributed only to counsel of the above-named defendant and counsel for the Government.

IT IS SO ORDERED AND DIRECTED.

Entered at Chambers, this 13th day of December, 2021.

JAMES C. DEVER, III
United States District Judge

1